**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

———————————————————

|  |  |  |
|---|---|---|
| TIFFANIE TEDESCO, | ) | |
| | ) | |
| Plaintiff, | ) | Docket No. 2:21-cv-199 |
| v. | ) | |
| | ) | JUDGE: LANCE M. AFRICK |
| PEARSON EDUCATION, INC., and | ) | |
| XYZ INSURANCE COMPANIES, | ) | MAGISTRATE: DONNA |
| | ) | PHILLIPS CURRAULT |
| Defendants. | ) | |

———————————————————)

**Plaintiff Tiffanie Tedesco's Status Report**

Plaintiff Tiffanie Tedesco respectfully submits the following Status Report, per this Court's

Scheduling Order (R. Doc. 21) and in anticipation of the status conference currently scheduled for

Tuesday, June 8, 2021 at 9:00 a.m.

**1)   THE PARTIES**

Plaintiff, Tiffanie Tedesco, is represented by Most & Associates: William Most, Hope Phelps, and David Lanser.

Defendant, Pearson Education, Inc., is represented by Jackson Lewis: Susan Desmond, Rachel Gulotta, and Katelyn Harrell.

**2)   PENDING MOTIONS**

Defendant's Motion to Dismiss (R. Doc. 12) is pending and was filed on April 7, 2021 with a submission date of May 5, 2021. Plaintiff opposes the Motion to Dismiss (R. Doc. 15). Oral argument has not been requested by either party. No evidentiary hearing is needed.

**3)   IMPORTANT DATES AND TRIAL**

**a.**   A status conference is set for **Tuesday, June 8, 2021 at 9:00 a.m.**

**b.**   A final pre-trial conference is set for **Wednesday, September 29, 2021 at 9:00 a.m.**

**c.**   Trial is set to commence on **November 8, 2021 at 8:30 a.m.**

     **d.**  This case is set for trial **with a jury.**

     e.  Trial is expected to last **3 days.**

**4)     UNDERLYING FACTUAL AND LEGAL ISSUES**

The basic factual background is as follows:

Defendant Pearson Education, Inc. hired Plaintiff Tiffanie Tedesco on or about March 11, 2014 as a Sales Representative in Pearson's Higher Education division. Ms. Tedesco was an extremely successful salesperson.

On December 31, 2018, Ms. Tedesco's father died by suicide. Ms. Tedesco sought mental health treatment in connection with her father's death. Ms. Tedesco was later diagnosed with Major Depressive Disorder, Post-Traumatic Stress Disorder, and Passive Suicidal Ideation.

From early April 2019 through mid-July 2019, Ms. Tedesco was on FMLA leave. Approximately three months later, Ms. Tedesco applied for Short-Term Disability. Ms. Tedesco's request was approved, and her Short-Term Disability benefits began on November 4, 2019.

On April 23, 2020, Ms. Tedesco filed an EEOC Charge of Discrimination on April 23, 2020 on the grounds that Pearson discriminated and retaliated against her due to her genetic information and disability.

On May 5, 2020, Ms. Tedesco was approved for Long-Term Disability through April 27, 2022. On June 2, 2020, Ms. Tedesco and Pearson participated in the EEOC's mediation process. The mediation was unsuccessful.

Pearson terminated Ms. Tedesco's employment on August 5, 2020. On August 28, 2020, Ms. Tedesco filed a separate Charge of Discrimination with the EEOC in connection with her termination.

<u>Principle legal issues are as follows:</u>

1. Whether Pearson violated Ms. Tedesco's rights under the Genetic Information Nondiscrimination Act (GINA).

2. Whether Pearson violated Ms. Tedesco's rights under the Americans with Disabilities Act.

3. Whether Pearson unlawfully retaliated against Ms. Tedesco under the Americans with Disabilities Act.

4. Whether Pearson violated Louisiana Employment Discrimination Law.

5. Whether Pearson breached the implied covenant of good faith and fair dealing under Louisiana law.

**5)      REMAINING DISCOVERY**

Defendant served a First Requests for Production and its First Set of Interrogatories on Plaintiff on May 28, 2021. Plaintiff has not yet served written discovery. To date, no depositions have been taken. The discovery deadline is August 16, 2021.

**6)      SETTLEMENT**

Prior to litigation, mediation through the EEOC process was unsuccessful. Since the filing of this suit, the parties have not yet discussed settlement negotiations.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Tel: 504.256.4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, TIFFANIE TEDESCO***