UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANIE TEDESCO** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-199** |
| **PEARSON EDUCATION, INC., ET AL** | **SECTION I** |

### ORDER

Considering defendant Pearson Education, Inc.'s unopposed motion[1] to extend the exhibit and witness lists deadline,

**IT IS ORDERED** that the motion is **GRANTED**. The parties shall file exhibit and witness lists no later than Friday, August 13, 2021.

**IT IS FURTHER ORDERED** that the parties may adjust all discovery deadlines by agreement; however, the motions deadlines, pre-trial conference date, and trial date may only be modified by Court order.

New Orleans, Louisiana, July 27, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 31.