UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TIFFANIE TEDESCO | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 21-cv-00199 |
| PEARSON EDUCATION, INC., ET AL. | * | SECTION "I" (2) |

**ORDER**

In accordance with the May 3, 2021 Scheduling Order (ECF No. 17),

**IT IS ORDERED** that a **Settlement Conference** is scheduled for **FRIDAY, SEPTEMBER 3, 2021**, **at 9:00 a.m.**, before Magistrate Judge Donna Phillips Currault. At least ten days before the settlement conference, Plaintiff(s) must make a settlement demand, and Defendant(s) shall respond to that demand no later than one week before the conference.

At least two (2) full business days before the conference, each party shall provide a confidential, concise position letter or memorandum no longer than four (4) pages double-spaced, including the case number and case name, outlining the settlement position of the party and the evidence the party expects to produce at trial. For the Court and parties to be successful in the limited time provided for this conference, the confidential statement should provide the Court with a clear understanding of your and your client's actual evaluation of the case and an idea of where you believe the case should settle.[1] The statement should be emailed to eFile-Currault@laed.uscourts.gov.

---

[1] The Court's settlement conferences are generally scheduled for 2-3 hours and may be one of two or three such sessions in a given day. Consequently, lengthy joint sessions, opening statements or presentations typical of private mediations ordinarily do not take place. That is one purpose of the confidential settlement statement. Counsel are also advised – and should advise their client(s) – that during the conference, they should expect that the Court will devote substantial time to separate caucuses with each party including discussions with only counsel.

Before the Settlement Conference, the parties are to negotiate and make a good faith effort to settle the case without the involvement of the court.  **Specific proposals and counter proposals shall be made.**  It is the duty of the parties to notify my Chambers if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference in the event that removal of the matter from the court's docket is appropriate.

This settlement conference will be conducted via video-conference.[2]  Participation of parties in addition to counsel increases the efficiency and effectiveness of the Settlement Conference.  Therefore, **counsel must instruct their clients to be present on the videoconference at the start of the conference.**

New Orleans, Louisiana, this \_\_\_19th\_\_\_ day of August, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**

---

[2] A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference. Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom.  They are to abide by those requirements even when participating via video conference.  Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference.  Violations of these prohibitions may result in sanctions, as deemed necessary or appropriate.