MINUTE ENTRY
AFRICK, J.
August 24, 2021
JS-10 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANIE TEDESCO** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-199** |
| **PEARSON EDUCATION, INC., ET AL.** | **SECTION I** |

## ORDER

On this date, the Court held a telephonic status conference with counsel for all parties participating. Pursuant to the discussion at the conference,

**IT IS ORDERED** that defendant Pearson Education, Inc. may file a timely motion for summary judgment.

New Orleans, Louisiana, August 24, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE