UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANIE TEDESCO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-00199** |
| **PEARSON EDUCATION, INC., ET AL.** | **SECTION I (2)** |

### O R D E R

**IT IS ORDERED** that the pretrial conference previously scheduled in the above-captioned case on September 29, 2021 is **HEREBY RESET IN PERSON** in the undersigned U.S. District Judge's chambers, located at 500 Poydras Street, Room C-405, New Orleans, Louisiana on **Monday, October 4, 2021 at 10:30 a.m.**

New Orleans, Louisiana, this 24th day of September, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE